UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VINTAGE BAY CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

v.      Case No: 2:18-cv-729-FtM-32NPM

LEXINGTON INSURANCE
COMPANY,

    Defendant.

## ORDER

In this insurance dispute, the Court issued an Order (Doc. 34) staying the case pending completion of post-loss obligations. On November 18, 2019, the Court directed that a status report be filed within sixty days (Doc. 43) but nothing was filed.

Accordingly, it is hereby

**ORDERED:**

By **February 7, 2020**, the parties shall file a joint status report as to the progress of the post-loss obligations, and whether the stay can be lifted.

**DONE and ORDERED** at Jacksonville, Florida, this 24th day of January, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

Copies:
Counsel of Record